## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

United States of America,
     Plaintiff

         v.                Case No.  10-cr-22-01-SM

Rosilys Deoleo,
     Defendant

### O R D E R

Defendant Deoleo's motion to continue the trial is granted  (document no. 11).   Trial has been rescheduled for the September trial period.   Defendant Deoleo has  filed a Waiver of Speedy Trial.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for September  10, 2010 at 9:30 a.m.

Jury selection  will take place on September  21, 2010  at  9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

May   17, 2010

cc:   Bjorn Lange, Esq.
      Terry Ollila, AUSA
      U.S. Marshal
      U.S. Probation